CENTER FOR DISABILITY ACCESS, LLP
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
100 East San Marcos Blvd., Suite 400
San Marcos, CA 92069
(760) 480-4162
Fax (760) 480-4170

Attorneys for Plaintiffs, MARY JO KITTOK; CURTIS BELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY JO KITTOK; CURTIS BELL,

    Plaintiff,

v.

ROWTOWN, INC., A California Corporation, and DOES 1 through 100, inclusive

    Defendants.

Case No.: C08 03559 RS

CERTIFICATION AS TO INTERESTED PARTIES

Pursuant to Local Rule 3-16 the undersigned, counsel of record for Plaintiff, certifies that no party, other than those named in the Complaint, has a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: July 21, 2008    CENTER FOR DISABILITY ACCESS, LLP

By: _____
Mark D. Potter, Attorney for Plaintiff

-1-

ORIGINAL