ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

CENTER FOR DISABILITY ACCESS, LLP
MARK D. POTTER, ESQ., 166317
100 EAST SAN MARCOS BLVD. STE. 400
   SAN MARCOS, CA  92069

TELEPHONE NO.: (760) 480-4162

ATTORNEY FOR (Name):

Ref. No. or File No.

LAUREN/KITTOK

FOR COURT USE ONLY

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
280 S. First St.
San Jose, CA. 95113

PLAINTIFF:

KITTOK

DEFENDANT:

ROWTOWN, INC.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C08 03559 RS |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

SUMMONS;CIVIL COVER SHEET;CERTIFICATION AS TO INTERESTED PARTIES;COMPLIAINT;ORDER SETTING INITIAL CASE MANGEMENT CONFERENCE AND ADR DEADLINES

ON: ROWTOWN, INC., A CALIFORNIA CORPORATION

AT 700 CANNERY ROW
   MONTEREY, CA 93940

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
CHRIS SPARKS, - AGENT FOR SERVICE OF PROCESS

ON: 08/07/2008
AT: 02:43 pm

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: **$52.50**
   Registered California process server.
   County:  **SAN JOAQUIN**
   Registration No.:  **298**
   **Diversified Legal Services, Inc.**
   **4665 Park Blvd**
   **San Diego, CA 92116**
   **6192608224**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 13, 2008** at ~~SAN DIEGO,~~ MONTREY California.

Signature: _____

**STEVEN PATRICK THIELE 1730**

---

**PROOF OF SERVICE**

Order#: 1730/GProof39